ORIGINAL

AO 422 (Rev. 12/85) Warrant for Arrest

---

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00088SOM-01 |
| ROBERT ENOKA TORRES | |

YOU ARE HEREBY COMMANDED TO ARREST ROBERT ENOKA TORRES and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVSION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at _____ o'clock and ____ min ___M
SUE

in violation of Title  United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ | OCTOBER 16, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Susan Oki Mollway, United States District Judge

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  8/4/03 | | /s/ |